ACCEPTED
14-14-00528-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 10:49:52 AM
CHRISTOPHER PRINE
CLERK

# NO. 14-14-00528-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 10:49:52 AM
CHRISTOPHER A. PRINE
Clerk

## In the Court of Appeals
## Fourteenth Judicial District of Texas
## Houston, Texas

_____

**HO & HUANG PROPERTIES, L.P., and
SW PARKWAY MANAGEMENT, INC.,**

**Appellants.**

**v.**

**PARKWAY DENTAL ASSOCIATES, P.A., POORANG PAHLAVAN,
H. TRAM NGUYEN and SHANNON PRESLEY,**

**Appellees,**

---

## MOTION TO DISMISS APPEAL BASED ON ORDER OF THE COURT DATED JANUARY 22, 2015

---

**TO THE FOURTEENTH COURT OF APPEALS:**

Appellees Parkway Dental Associates, P.A., Poorang Pahlavan, H. Tram Nguyen and Shannon Presley move this Court to dismiss this appeal based on this Court's Order dated January 22, 2015, and in support thereof Appellees respectfully state as follows:

1. On November 25, 2014 this Court issued an order abating this appeal and directing the trial court to conduct a hearing to determine the

reason for failure to file the reporter's record. No hearing was conducted. Instead, On January 13, 2015 the court reporter, Michelle Tucker, requested an extension of time to file the reporter's record until February 27, 2015. The request stated the extension was not opposed by the parties.

2. The extension of time was granted, the Order of November 25, 2014 was withdrawn, the appeal was reinstated and the reporter's record was ordered due February 27, 2015. The Court further stated that no extensions would be entertained absent exceptional circumstances.

3. However, there have been no exceptional circumstances and there has apparently been no further activity concerning the preparation of the reporter's record after the passage of more than 120 days since the Court's last Order.

4. Movants can only infer that Appellants no longer seek to continue to prosecute this appeal. This appeal has already been through the full appellate process once and as the saying goes, "justice delayed is justice denied." Movants seek for this to be over.

WHEREFORE, Movants respectfully request this Court to dismiss the appeal and for all other relief to which they may be entitled.

Dated: June 1, 2015                    Respectfully submitted,

    /s/  David A. Carp
David A.  Carp
TBN:  03836500
Herzog & Carp
P. O. Box 218845
Houston, Texas 77218-8845
713.781.7500    Phone
713.781.4797    Fax
dcarp@hcmlegal.com

ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015 a true and correct copy of the foregoing Motion was e-filed with the clerk of the Fourteenth Court of Appeals and e-served on the following counsel of record:

Stephen Ray Smith, Esq.
Stephen H. Cagle, Jr., Esq.
Christian Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, TX 77002

Attorneys for Appellants
Ho & Huang Properties and
SW Parkway Management, Inc.

    /s/  David A. Carp
      David Carp